UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA ANGELA ALLIAUD *et al.*,

                              Plaintiffs,

               -v-

PAYONEER INC.,

                              Defendant.

24 Civ. 5378 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 25, 2024, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by December 17, 2024. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by January 7, 2025, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that it relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by December 17, 2024. Defendants' reply, if any, shall be served by January 2, 2025. At the time any reply is served, the moving party shall supply the Court with two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

---

[1] If defendant files a new motion to dismiss or relies on its previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

SO ORDERED.

                                              *Paul A. Engelmayer*

                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: November 26, 2024
       New York, New York

2